UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TAHINA CORCORAN, as Next Friend
on behalf of Joseph E. Corcoran,

    Petitioner,

    v.                                CAUSE NO. 3:24-CV-970-JD

RON NEAL,

    Respondent.

## ORDER

Tahina Corcoran, as the next friend of Joseph E. Corcoran, filed a habeas corpus petition under 28 U.S.C. § 2254. ECF 1. Also filed was a motion to proceed *in forma pauperis* and a motion for appointment of counsel.

Joseph E. Corcoran was convicted of a quadruple murder and sentenced to death by the Allen Superior Court. *Corcoran v. State*, __ N.E. 3d. __, No. 02S00-0508-PD-350, 2024 WL 5052384, at *1 (Ind. Dec. 10, 2024). He is currently housed at the Indiana State Prison. This court has jurisdiction to entertain this habeas corpus petition under 28 U.S.C. § 2241(d) because both the conviction court and the Indiana State Prison are within the geographical boundaries of the Northern District of Indiana.

The *in forma pauperis* petition asserts Joseph E. Corcoran is "unable to pay the costs or fees associated with his case." ECF 2 at ¶ 6. Based on this assertion, the *in forma pauperis* petition will be granted.

The motion for counsel asks the court to appoint the Capital Habeas Unit of the Federal Public Defender's Office for the Western District of Missouri (WMO-CHU) under 18 U.S.C. § 3599. ECF 4. WMO-CHU has experienced death penalty lawyers and currently represents Joseph E. Corcoran in his other capital habeas case before this court. *See Corcoran v. Davis*, 3:05-cv-389 (N.D. Ind. filed June 27, 2005). WMO-CHU will be appointed.

For the forgoing reasons, the court:

(1) GRANTS the *in forma pauperis* motion (ECF 2);

(2) GRANTS the motion for appointment of counsel (ECF 4); and

(3) APPOINTS, under 18 U.S.C. § 3599, the Capital Habeas Unit of the Federal Public Defender's Office for the Western District of Missouri.

SO ORDERED on December 11, 2024

                                                        s/JON E. DEGUILIO  
                                                       JUDGE  
                                                       UNITED STATES DISTRICT COURT