IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAHINA CORCORAN,  )<br>   as Next Friend on behalf of  )<br>   Joseph E. Corcoran  )<br>       Petitioner,  )<br>  )<br>v.  )<br>  )<br>RON NEAL,  )<br>  )<br>       Respondent.  )<br>  ) | Case No. 3:24-CV-970-JD<br><br>DEATH PENALTY CASE<br>**EXECUTION SCHEDULED<br>DECEMBER 18, 2024,<br>BEFORE THE HOUR OF SUNRISE** |

### PETITIONER'S NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4, notice is hereby given that Tahina Corcoran, the next friend petitioner in the above-titled case, appeals to the United States Court of Appeals for the Seventh Circuit from the Dec. 13, 2024 Opinion and Order denying the petition for writ of habeas corpus on behalf of Mr. Joseph E. Corcoran and a stay of execution (Doc. 20), and Judgment (Doc. 21).

                          Respectfully submitted,

                          */s/ Laurence E. Komp*
                          LAURENCE E. KOMP, MO. Bar #40446
                          FAITH J. TAN, IL. Bar #6342729
                          MICHELLE M. LAW, MO. Bar #45487
                          Capital Habeas Unit
                          Federal Public Defender
                          Western District of Missouri
                          1000 Walnut St., Ste. 600
                          Kansas City, MO  64106
                          (816) 675-0923
                          laurence_komp@fd.org
                          faith_tan@fd.org
                          michelle_law@fd.org

                          *Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system and sent it via email to Tyler Banks, Office of Indiana Attorney General, at Tyler.Banks@atg.in.gov.

      /s/ Laurence E. Komp
      *Laurence E. Komp*