UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAHINA CORCORAN,<br><br>    Petitioner,<br><br>    v.<br><br>RON NEAL,<br><br>    Respondent. | CAUSE NO. 3:24-CV-970-JD |

## ORDER

Ron Neal, by counsel, filed a motion to file an exhibit in connection with his response to the habeas petition under seal because the exhibit was filed under seal in State court. However, the court dismissed the habeas petition pursuant to Rule 4 of the Section 2254 Rules Governing Habeas Cases and did not consider the response or this exhibit. ECF 20. As a result, the court finds that it is not appropriate to maintain this exhibit under seal but will instead strike it from the docket.

For these reasons, the court:

(1) DENIES the motion to maintain under seal (ECF 18); and

(2) STRIKES the exhibit that is the subject of this motion (ECF 19).

SO ORDERED on December 13, 2024

                                                                               s/ Jon E. DeGuilio
                                                                               JUDGE
                                                                               UNITED STATES DISTRICT COURT